Federal Civil Rights Filing Packet

United States District Court

District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED AND FILED

SEP 29 2026

JENNIFER P. LYONS, CLERK
BY_______________
DEPUTY CLERK

Tyler Couture, Plaintiff

v.

Somerset County, Maine, et Al., Defendants

Page 1 – Civil Cover Sheet

facility, Somerset County Jail, is denying me access to any legal resources, this included.

Page 2 – Complaint (42 U.S.C. § 1983)

Civil Rights Complaint

1. Parties

Plaintiff: Tyler Couture

Defendants:

- Somerset County, Maine
- Somerset County Jail

II. Facts

1. Plaintiff entered custody at Somerset County Jail on January 7, 2026 without counsel
2. Plaintiff was approved for court-appointed counsel days later.
3. Plaintiff was given counsel with conflicts of interest in his case.
4. Counsel with conflicts of interest were given to the plaintiff on two other occasions.
5. Plaintiff has not and still does not have adequate, legal counsel, going on 10 months now.
6. Plaintiff filed motions, pro se, regarding these Constitutional Violations, but were ignored by the courts.
7. Plaintiff asked for release from incarceration as well as surety bail, to use money for counsel, but instead Courts took these funds.
8. Hearings have gone on while Plaintiff did not have legal, adequate counsel.
9. Plaintiff is unable to protect constitutional rights, access the courts or make informed decisions on his criminal or civil cases.

III. Claim For Relief

The state and county has failed to uphold its Constitutional obligations as such in Robbins v. State of Maine and has violated the Sixth Amendment.

IV. Relief Requested

Plaintiff seeks:

- compensatory damages
- declaratory relief
- injunctive relief
- any other relief the Court deems just

Page 3 – Motion to Proceed In Forma Pauperis

Motion to Proceed Without Prepayment of Fees

Plaintiff requests leave to proceed in forma pauperis under 28 U.S.C. § 1915(A).
Plaintiff is incarcerated and has been approved for state-appointed counsel.

Requested Relief:
1. Waive prepayment of filing fees
2. Allow case to proceed under § 1915
3. Order partial payments if required under PLRA

Declaration under penalty of perjury.

Tyler Couture

Page 5 - Declaration (Sworn Statement).

I, Tyler Couture, declare under penalty of perjury that all of the statements and information provided in this filing packet is true to the best of my knowledge.

T Couture
9/22/26

Page 6 - Exhibit List - (Placeholder until records arrive).